UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DELROY ASKINS,

                         Plaintiff,

-against-

MARLENE SANTOS; ROBERT SANTOS,

                         Defendants.

22-CV-0817 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff filed this action *pro se* on January 31, 2022. On March 7, 2022, the Court received a letter from Plaintiff, *see* ECF 5, advising the Court that he wishes to withdraw his complaint.

    The Court grants Plaintiff's request to withdraw this action. The complaint is therefore voluntarily dismissed under Fed. R. Civ. P. 41(a).

## CONCLUSION

    The action is voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a). This order closes this case.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    March 7, 2022
            New York, New York

                                                /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                               Chief United States District Judge